# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **JOSEPH FAUL**, <br><br> *Defendant.* | Cause No. PO-24-5092 <br><br> **ORDER ALLOWING ZOOM APPEARANCE** |

BASED UPON the Defendant's Unopposed Motion To Appear Via Zoom For Initial Appearance, and for good cause appearing therefor; IT IS HEREBY ORDERED that Defendant and Defense Counsel may appear via zoom at the hearing set for October 21, 2024.  The Clerk of Court will e-mail defense counsel the Zoom link.

DATED this 21st day of October, 2024.

*/s/ John Johnston*
John Johnston
United States Magistrate Judge