IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH S. FAUL,<br><br>Defendant. | PO-24-5092 -GF-JTJ<br><br>VIOLATIONS:<br>E2028734<br>E2028735<br>E2028736<br>E2028737<br>E2028738<br>Location Code: M13<br><br>**ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $750 fine and $30 processing fee for violation E2028734 (for a total of $780), and for good cause shown, **IT IS ORDERED** that the $780 fine paid by the defendant is accepted as a full adjudication of violation E2028734.

Based upon the United States' motion to dismiss the defendant's violations E2028735, E2028736, E2028737, and E2028738, **IT IS ORDERED** that violations E2028735, E2028736, E2028737, and E2028738 are **DISMISSED**.

//

//

**IT IS FURTHER ORDERED** that the bench trial scheduled for February 6, 2025, is **VACATED.**

DATED this 28th day of January, 2025.

John Johnston
United States Magistrate Judge